```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

| | | |
|---|---|---|
| CHARLA FOWLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2894 |
| | § | |
| TRANSWORLD SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in open court on the record, this action is **DISMISSED WITHOUT PREJUDICE.**

Costs will be taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 3rd day of December, 2010.

```
                              _____
                                        SIM LAKE
                              UNITED STATES DISTRICT JUDGE
```